## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| **ADIDAS AMERICA, INC**. and **ADIDAS-SALOMON AG,** | ) ) ) | CV 03-875-RE |
| Plaintiffs, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| **RENAISSANCE IMPORTS, INC.,** | ) ) | |
| Defendant. | ) ) | |

Based on the Stipulation of Dismissal, filed October 14, 2003, this case is dismissed with prejudice and without costs or other award to any party. The case schedule is stricken and all pending motions are denied as moot.

Dated the \_\_\_15th\_\_\_ of October, 2003.

\_\_\_/s/ James A. Redden\_\_\_
James A. Redden
United States District Judge

1 - JUDGMENT